Ian K. Boyd (SBN 191434)
Matthew A. Stratton (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com
mstratton@harveysiskind.com

Clement H. Luken, Jr. (admitted *pro hac vice*)
John Paul Davis (admitted *pro hac vice*)
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
cluken@whepatent.com
jdavis@whepatent.com

Attorneys for Defendant
and Counterclaimant
QUALITY GOLD, INC.

Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011
evking@kingandkelleher.com

Attorneys for Plaintiff
and Counterdefendant
TRENT WEST

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRENT WEST,<br>    Plaintiff,<br>  v.<br>QUALITY GOLD, INC.,<br>    Defendant.<br><br>QUALITY GOLD, INC.,<br>    Counterclaimant,<br>  v.<br>TRENT WEST,<br>    Counterdefendant. | Case No.  C 10-3124 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE** |

The parties, by and through their respective counsel, hereby stipulate to amend the current case schedule as shown below.  The parties stipulate in good faith and not for any purposes of delay, as this revised schedule will allow for a more efficient, orderly and complete presentation of any claim construction issues for the Court.

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Exchange of *Supplemental* Extrinsic Evidence[1] | N/A | April 15, 2011 |
| Exchange of *Rebuttal* Extrinsic Evidence | N/A | April 22, 2011 |
| Complete discovery necessary for claim construction under Patent L.R. 4-4 | April 14, 2011 | May 5, 2011 |
| File Opening Claim Construction Brief under Patent L.R. 4-5 | April 18, 2011 | May 9, 2011 |
| File Responsive Claim Construction Brief under Patent L.R. 4-5 | May 2, 2011 | May 23, 2011 |
| File Reply Claim Construction Brief under Patent L.R. 4-5 | May 9, 2011 | June 6, 2011 |
| *Markman* Hearing under Patent L.R. 4-6 | May 16, 2011 at 9:00 a.m. | June 13, 2011 at 9:00 a.m. |

---

[1] On February 7, 2011, in accordance with Patent L.R. 4-2, the parties exchanged their *preliminary* claim constructions and extrinsic evidence.  In accordance with the parties' Stipulated Amendment to Patent L.R. 4-3 Disclosures, Dkt. 38, filed March 30, 2011, the parties have further agreed to a supplemental exchange of extrinsic evidence, e.g., witness declarations, and have further agreed that they may reference that evidence as well as any declarant deposition transcripts and exhibits that are, or may become, available in their claim construction briefs.

This stipulation will not affect the overall schedule of the case nor the Court's timing in setting the matter for trial.  The parties previously stipulated to extend the time for Defendant and Counterclaimant Quality Gold, Inc. to respond to the Complaint.

Date: April 6, 2011

Respectfully submitted,
HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

WOOD, HERRON & EVANS, L.L.P.
CLEMENT H. LUKEN, JR.
JOHN PAUL DAVIS

By: _____/s/_____
         Ian K. Boyd

Attorneys for Defendant and Counterclaimant
QUALITY GOLD, INC.

KING & KELLEHER, LLP
EDWARD VINCENT KING, JR.

By: _____/s/_____
         Edward Vincent King, Jr.

Attorneys for Plaintiff and Counterdefendant
TRENT WEST

I, Ian K. Boyd, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for plaintiff has concurred in this filing.

_____/s/_____
Ian K. Boyd

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date:  April 11, 2011

_____
The Honorable Jeremy Fogel
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO AMEND THE CASE SCHEDULE

Case No. C 10-3124 JF (HRL)