Ian K. Boyd (SBN 191434)
Matthew A. Stratton (SBN 254080)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
iboyd@harveysiskind.com
mstratton@harveysiskind.com

Clement H. Luken, Jr. (admitted *pro hac vice*)
John Paul Davis (admitted *pro hac vice*)
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
cluken@whepatent.com
jdavis@whepatent.com

Attorneys for Defendant
and Counterclaimant
QUALITY GOLD, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

TRENT WEST,

    Plaintiff,

    v.

QUALITY GOLD, INC.,

    Defendant.

AND RELATED CLAIMS

Case Nos.  5:10-cv-03124-EJD

    5:11-cv-02531-EJD

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCES AND HEARINGS ON PENDING MOTIONS**

All parties in the above captioned cases, by and through their respective counsel, hereby stipulate and request that the Court amend the schedule as follows:

1. The Case Management Conferences in both cases are currently scheduled for March 9, 2012, as are the hearings on the pending Motion to Dismiss filed by Third-Party Defendant Glenn A. Miller in Case No. 5:10-cv-03124-EJD (the "Miller Motion") (Docket #73 in that action), and the pending Motion for Summary Judgment filed by Third-Party Defendant Jewelry Innovation, Inc. (the "JI Motion") (Docket #83 in that action). Further, in light of the reassignment of these cases from Hon. Jeremy Fogel, Quality Gold, Inc. ("Quality Gold") must re-notice its pending Motion to Dismiss in Case No. 5:11-cv-02531-EJD (the "Quality Gold Motion") (Docket #11 in that action).

2. Lead trial counsel for Quality Gold has a matter set for trial in another jurisdiction on March 9, 2012.

To address the scheduling conflict and to promote judicial economy by consolidation of all applicable conference and hearing dates, the parties stipulate and request that the Court reschedule the Case Management Conferences, the hearing on the Miller Motion, the hearing on the JI Motion, and the hearing on the Quality Gold Motion, to March 23, 2012. The parties further stipulate that this request is made in good faith and not for any purposes of delay. Counsel for Quality Gold has confirmed with the Court the availability of March 23, 2012 regarding this request.

This stipulation will not affect the overall schedule of the cases. In Case No. 5:10-cv-03124-EJD, Quality Gold and plaintiff Trent West previously stipulated to extend the time for Defendant and Counterclaimant Quality Gold, Inc. to respond to the Complaint, and later stipulated to reschedule elements of the claim construction process.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE THE CMC AND MOTION HEARINGS DATES

Case Nos. 5:10-cv-03124-EJD
5:11-cv-02531-EJD

Date: December 14, 2011                         Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

WOOD, HERRON & EVANS, L.L.P.
CLEMENT H. LUKEN, JR.
JOHN PAUL DAVIS

By:_____/s/_____
                Ian K. Boyd

Attorneys for Defendant and Counterclaimant
QUALITY GOLD, INC.

KING & KELLEHER, LLP
EDWARD VINCENT KING, JR.

By: _____/s/_____
            Edward Vincent King, Jr.

Attorneys for Plaintiff and Counterdefendant
TRENT WEST

MCPHARLIN SPRINKLES & THOMAS LLP
ROBERT E. CAMORS, JR.

By: _____/s/_____
            Robert E. Camors, Jr.

Attorneys for Third-Party Defendants
GLENN A. MILLER and GMA, INC.

 INVICTUS LAW PC
 BLAIR R JACKSON

By: _____/s/_____
            Blair R. Jackson

Attorneys for Third-Party Defendant
JEWELRY INNOVATIONS, INC.

        I, Ian K. Boyd, am the ECF User whose identification and password are being used to file

this document.  Pursuant to General Order 45.X.B, I hereby attest that all counsel listed above

have concurred in this filing.

STIPULATION AND [PROPOSED] ORDER TO                    Case Nos. 5:10-cv-03124-EJD
RESCHEDULE THE CMC AND MOTION HEARINGS DATES           5:11-cv-02531-EJD

/s/

Ian K. Boyd

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date:  December 15 , 2012

The Honorable Edward J. Davila
United States District Judge