United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST,<br><br>  Plaintiff / Counter-defendant,<br>  v.<br><br>QUALITY GOLD, INC.,<br><br>  Defendant / Counter-claimant<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | CASE NO. 5:10-CV-03124-EJD<br><br>**ORDER STRIKING TRENT WEST'S OPPOSITION TO JII'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Docket Item No. 93 |

Third-party Defendant Jewelry Innovations, Inc. ("JII") filed and served a motion for summary judgment on December 9, 2011. ECF Nos. 83–85. On December 27, 2011, Plaintiff Trent West made a request to file under seal an opposition to JII's motion. West's opposition was late, see Civil L.R. 7-3(a), and was not accompanied by a request to extend time or any reason explaining the tardiness. The opposition is therefore STRICKEN, and West's motion to file that opposition under seal is TERMINATED AS MOOT. If West wishes to file an opposition to JII's motion outside the time period afforded by the local rules, it must make an administrative motion pursuant to Civil L.R. 6-3.

**IT IS SO ORDERED.**

Dated: January 10, 2012

_____
EDWARD J. DAVILA
United States District Judge