UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST, | Case No.: 5:10-CV-3124 EJD |
| Plaintiff, | **ORDER GRANTING-IN-PART MOTION TO FILE UNDER SEAL** |
| v. | |
| QUALITY GOLD, INC., | **(Re: Docket No. 103)** |
| Defendant. | |
| AND COUNTERCLAIMS AND RELATED THIRD-PARTY CLAIMS | |

On January 23, 2012, Third-party Defendant Jewelry Innovations, Inc. ("JII") filed a motion for leave to file under seal its Reply To Plaintiff Trent West's Opposition to Summary Judgment. See Docket No. 103. JII argues that the reply brief is sealable because it contains settlement communications and reflects information subject to attorney-client privilege. Decl. of Blair R. Jackson ¶ 4, Docket No. 103-1. No opposition was filed.

Civil L.R. 79-5(a) requires that a request to file a document under seal "must be narrowly tailored to seek sealing only of sealable material." Having reviewed the JII's reply brief, the court concludes that JII's request is not narrowly tailored. JII has established that portions of the reply brief are sealable but has not provided sufficient justification for sealing the entire document. Accordingly,

1

Case No.: 5:10-CV-3124 EJD
ORDER GRANTING-IN-PART MOTION TO FILE UNDER SEAL

1    IT IS HEREBY ORDERED that JII's motion to seal is GRANTED-IN-PART only as to the
2 portions of the Reply To Plaintiff Trent West's Opposition to Summary Judgment that contain the
3 contents of settlement communications or contents of attorney-client communications.
4    IT IS FURTHER ORDERED that, no later than February 10, 2012, JII shall file in the
5 public record a version of the Reply To Plaintiff Trent West's Opposition to Summary Judgment
6 with the sealable information redacted.
7    IT IS FURTHER ORDERED that, no later than February 10, 2012, JII shall file under seal
8 on ECF an unredacted version of the Reply To Plaintiff Trent West's Opposition to Summary
9 Judgment.

10 Dated: Hgdtwct{"5."4234

_____
EDWARD J. DAVILA
United States District Judge

**United States District Court**
For the Northern District of California

2
Case No.: 5:10-CV-3124 EJD
ORDER GRANTING-IN-PART MOTION TO FILE UNDER SEAL