McPHARLIN SPRINKLES & THOMAS LLP
Paul Avilla, Bar #150248
pavilla@mstpartners.com
160 W. Santa Clara St., Ste. 400
San Jose, California 95113
Telephone: (408) 293-1900

Attorneys for Third-Party Defendants
Glenn Miller and GMA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUALITY GOLD, INC.,<br><br>　　　　Defendant. | Case No.: CV 10-3124 EJD (HRL)<br><br>**NOTICE OF WITHDRAWAL OF McPHARLIN SPRINKLES & THOMAS LLP AS COUNSEL FOR DEFENDANTS GMA, INC. and GLENN MILLER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**<br><br>**JUDGE: HONORABLE EDWARD DAVILA** |
| QUALITY GOLD, INC.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>TRENT WEST,<br><br>　　　　Counterdefendant. | |
| AND RELATED THIRD-PARTY CLAIMS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), McPharlin Sprinkles & Thomas LLP hereby seeks an Order from this Court allowing its withdrawal as counsel in the above-captioned action. Robert E. Camors, Jr., Law Offices of Bob Camors, 160 W. Santa Clara

1  St., Suite 400, San Jose CA 95113, will continue as counsel of record for Defendants GMA, Inc.
2  and Glenn Miller.  Defendants GMA, Inc. and Glenn Miller have received notice of this
3  withdrawal and have no objection.

5  Dated:  April 6, 2012                LAW OFFICES OF BOB CAMORS

7                                       BY:   /s/ Robert E. Camors, Jr.
                                              Robert E. Camors, Jr.
8                                       ATTORNEY FOR DEFENDANTS GMA, INC.
                                        AND GLENN MILLER

10  Dated:  April 6, 2012               MCPHARLIN SPRINKLES & THOMAS LLP

12                                      By:   /s/  Paul S. Avilla
                                              Paul Avilla

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:  April  9, 2012                  BY:  _____
                                             Honorable Edward Davila
                                             United States District Court Judge

[PROPOSED] ORDER PERMITING WITHDRAWAL OF ATTORNEYS                          2