*E-FILED: June 14, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TRENT WEST,

    Plaintiff,

v.

QUALITY GOLD, INC.,

    Defendant.

No. C10-03124 EJD (HRL)

**INTERIM ORDER RE MOTION TO SEAL AND STIPULATION TO REMOVE DOCUMENTS FROM THE DOCKET**

Plaintiff Trent West requests that Exhibit 5 to his Discovery Dispute Joint Report #1 (Dkt. No. 22) be filed under seal because the document contains information that defendant Quality Gold, Inc. (Quality Gold) claims is confidential. Relatedly, the parties have jointly requested that several filings be expunged from ECF because they contain that same information.

Pursuant to Civil Local Rule 79-5(d), Quality Gold must file declaration(s) establishing that the information is sealable. Although defense counsel has submitted a declaration stating that the information has been designated confidential, the mere designation of information pursuant to a stipulation or blanket protective order will not justify sealing. CIV. L.R. 79-5(a). Accordingly, **no later than June 21, 2012**, Quality Gold shall file declaration(s) from appropriate person(s) showing why sealing is warranted. Quality Gold must establish that the subject information is privileged or protectable as a trade secret or otherwise entitled to

protection under the law. Id.

SO ORDERED.

Dated: June 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-03124-EJD Notice has been electronically mailed to:

Ian K. Boyd:   IBoyd@harveysiskind.com,CLee@harveysiskind.com

Robert E. Camors , Jr:   bobcamors@camorslaw.com,bobcamors@gmail.com,nalejandro@mstpartners.com

John Paul Davis:   tpiening@whe-law.com

Blair R Jackson:   blair@invictuspc.com

Edward Vincent King , Jr:  evking@kingandkelleher.com,lana@kingandkelleher.com

Clement H. Luken , Jr:  cluken@whepatent.com

Matthew Alexander Stratton:  mstratton@harveysiskind.com

Dirk van Ausdall:  dvanausdall@kingandkelleher.com