United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST, | CASE NO. 5:10-cv-03124 EJD |
| Plaintiff(s), | **ORDER RE: BANKRUPTCY STAY** |
| v. | |
| QUALITY GOLD, INC., | [Docket Item No(s). 138] |
| Defendant(s). | |
| _____/ | |
| AND RELATED CROSS-ACTIONS | |
| _____/ | |

On July 11, 2012, Third-Party Defendant GMA, Inc. ("GMA") filed a Notice of

Commencement of Bankruptcy Proceedings and Automatic Stay indicating that GMA had filed a

bankruptcy petition in the Central District of California. See Docket Item No. 138. Having

reviewed that document along with 11 U.S.C. § 362 as well as the entire docket in this action, the

court has determined that the automatic bankruptcy stay should apply only to the claims asserted

against GMA and not the claims asserted against any other party to this action.

Accordingly, this action is STAYED as to all claims asserted against GMA. The action shall

proceed on all other claims pursuant to the current case schedule. However, any party seeking a stay

of this entire action may file an administrative motion for such relief pursuant to Civil Local Rule 7-

11, which the court will consider upon expiration of the time for provided for written opposition.

**IT IS SO ORDERED.**

Dated:  July 16, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:10-cv-03124 EJD
ORDER RE: BANKRUPTCY STAY