| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | Ian K. Boyd (SBN 191434) |
| 2 | Matthew A. Stratton (SBN 254080) |
| 3 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 5 | iboyd@harveysiskind.com |
| | mstratton@harveysiskind.com |
| 6 | |

WOOD, HERRON & EVANS, L.L.P.         KING & KELLEHER, LLP
Clement H. Luken (*admitted pro hac vice*)   Edward Vincent King, Jr. (SBN 085726)
John Paul Davis (*admitted pro hac vice*)    Dirk van Ausdall (SBN 117279)
2700 Carew Tower, 441 Vine Street            Four Embarcadero Center, 17th Floor
Cincinnati, Ohio 45202-2917                  San Francisco, CA 94111
Telephone: (513) 241-2324                    Telephone: (415) 781-2888
Facsimile: (513) 241-6234                    Facsimile: (415) 781-3011
cluken@whepatent.com                         evking@kingandkelleher.com
jdavis@whepatent.com                         dvanausdall@kingandkelleher.com

Attorneys for Defendant and Counterclaimant  Attorneys for Plaintiff and Counterdefendant
QUALITY GOLD, INC.                           TRENT WEST

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*9/28/2012*

TRENT WEST,                              Case No. C 10-03124 EJD

        Plaintiff,

    v.                                 **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

QUALITY GOLD, INC.,

        Defendant.

AND RELATED CLAIMS

Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii), Plaintiff and Counterdefendant Trent West and Defendant and Counterclaimant Quality Gold, Inc., by and through their respective counsel of record, stipulate that all claims between them in this action are hereby dismissed with prejudice. Each party shall bear its/his own costs and attorneys' fees.

Dated: September 27, 2012                    Respectfully submitted,

                                                      HARVEY SISKIND LLP
                                                     IAN K. BOYD
                                                     MATTHEW A. STRATTON

                                                     WOOD, HERRON & EVANS, L.L.P.
                                                     CLEMENT H. LUKEN
                                                     JOHN PAUL DAVIS

                                                   By:  _____/s/_____
                                                               Matthew A. Stratton

                                                   Attorneys for Defendant and Counterclaimant
                                                   QUALITY GOLD, INC.

                                                   KING & KELLEHER, LLP
                                                   EDWARD VINCENT KING, JR.
                                                   DIRK VAN AUSDALL

                                                   By:  _____/s/_____
                                                              Dirk van Ausdall

                                                   Attorneys for Plaintiff and Counterdefendant
                                                   TRENT WEST

I, Matthew A. Stratton, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff and Counterdefendant Trent West has concurred in this filing.

                                                                      /s/
                                                            _____
                                                            Matthew A. Stratton