| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
|   | Ian K. Boyd (SBN 191434) |
| 2 | Matthew A. Stratton (SBN 254080) |
| 3 | Four Embarcadero Center, 39th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100 |
|   | Facsimile: (415) 391-7124 |
| 5 | iboyd@harveysiskind.com |
|   | mstratton@harveysiskind.com |
| 6 | |
| 7 | Attorneys for Defendant and Counter-Claimant |
|   | QUALITY GOLD, INC. |

| | | |
|---|---|---|
| 9 | WOOD, HERRON & EVANS, L.L.P. | LAW OFFICES OF BOB CAMORS |
|   | Clement H. Luken (*admitted pro hac vice*) | Robert E. Camors, Jr. (SBN 121204) |
| 10| John Paul Davis (*admitted pro hac vice*) | 25 Metro Drive, Suite 600 |
| 11| 2700 Carew Tower, 441 Vine Street | San Jose, California 95110 |
|   | Cincinnati, Ohio 45202-2917 | Telephone: (408) 573-5744 |
| 12| Telephone: (513) 241-2324 | Facsimile: (408) 573-5743 |
|   | Facsimile: (513) 241-6234 | |
| 13| cluken@whepatent.com | Attorneys for Third-Party Defendant |
|   | jdavis@whepatent.com | GLENN MILLER |
| 14| | |
| 15| Attorneys for Defendant and Counterclaimant | |
|   | QUALITY GOLD, INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IT IS SO ORDERED
Judge Edward J. Davila
9/28/2012

| | |
|---|---|
| TRENT WEST, | Case No. C 10-03124 EJD |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| QUALITY GOLD, INC., | |
| Defendant. | |
| AND RELATED CLAIMS | |

| | |
|---|---|
| 1 | Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii), Defendant and Counterclaimant Quality Gold, Inc. and, pending consent of the bankruptcy trustee or the bankruptcy court if required, Third-Party Defendant GMA, Inc., by and through their respective counsel of record, stipulate that all claims in this action are hereby dismissed with prejudice.  Each party shall bear its/his own costs and attorneys' fees. |

Dated:  September 27, 2012            Respectfully submitted,

                                                      HARVEY SISKIND LLP
                                                    IAN K. BOYD
                                                    MATTHEW A. STRATTON

                                                    WOOD, HERRON & EVANS, L.L.P.
                                                    CLEMENT H. LUKEN
                                                    JOHN PAUL DAVIS

                                                    By:  _____/s/_____
                                                              Matthew A. Stratton

                                                    Attorneys for Defendant and Counterclaimant
                                                    QUALITY GOLD, INC.


                                                    LAW OFFICES OF BOB CAMORS
                                                    ROBERT E. CAMORS, JR.

                                                    By:  _____/s/_____
                                                              Robert E. Camors, Jr.

                                                    Attorneys for Third-Party Defendant
                                                    GMA, INC.


    I, Matthew A. Stratton, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that all counsel indicated above have concurred in this filing.

                                                                       /s/
                                                             _____
                                                              Matthew A. Stratton