| | | |
|---|---|---|
| 1 | HARVEY SISKIND LLP | INVICTUS LAW, PC |
| 2 | Ian K. Boyd (SBN 191434)<br>Matthew A. Stratton (SBN 254080) | Blair R. Jackson (SBN 257590)<br>1250 East 200 South, 2E |
| 3 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 | Lehi, Utah 84043<br>Telephone: (801) 854-9212 |
| 4 | Telephone:  (415) 354-0100<br>Facsimile:   (415) 391-7124 | Facsimile:  (801) 415-9340<br>blair@invictuspc.com |
| 5 | iboyd@harveysiskind.com | |
| 6 | mstratton@harveysiskind.com | Attorneys for Third-Party Defendant<br>JEWELRY INNOVATIONS, INC. |
| 7 | Attorneys for Defendant and Counter-Claimant<br>QUALITY GOLD, INC. | |
| 8 | | |
| 9 | WOOD, HERRON & EVANS, L.L.P. | LAW OFFICES OF BOB CAMORS |
| 10 | Clement H. Luken (*admitted pro hac vice*)<br>John Paul Davis (*admitted pro hac vice*) | Robert E. Camors, Jr. (SBN 121204)<br>25 Metro Drive, Suite 600 |
| 11 | 2700 Carew Tower, 441 Vine Street<br>Cincinnati, Ohio 45202-2917 | San Jose, California 95110<br>Telephone: (408) 573-5744 |
| 12 | Telephone: (513) 241-2324<br>Facsimile: (513) 241-6234 | Facsimile: (408) 573-5743 |
| 13 | cluken@whepatent.com | Attorneys for Third-Party Defendant |
| 14 | jdavis@whepatent.com | GLENN MILLER |
| 15 | Attorneys for Defendant and Counterclaimant<br>QUALITY GOLD, INC. | |

**IT IS SO ORDERED**
Judge Edward J. Davila
9/28/2012

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRENT WEST,<br>          Plaintiff,<br>     v.<br>QUALITY GOLD, INC.,<br>          Defendant.<br>AND RELATED CLAIMS | Case No. C 10-03124 EJD<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii), Defendant and Counterclaimant Quality Gold, Inc., Third-Party Defendant Jewelry Innovations, Inc., and Third-Party Defendant Glenn Miller, by and through their respective counsel of record, stipulate that all claims between them in this action are hereby dismissed with prejudice.[1] Each party shall bear its/his own costs and attorneys' fees. The Clerk shall close this file.

Dated: September 27, 2012        Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

WOOD, HERRON & EVANS, L.L.P.
CLEMENT H. LUKEN
JOHN PAUL DAVIS

By: _____/s/_____
     Matthew A. Stratton

Attorneys for Defendant and Counterclaimant
QUALITY GOLD, INC.

LAW OFFICES OF BOB CAMORS
ROBERT E. CAMORS, JR.

By: _____/s/_____
     Robert E. Camors, Jr.

Attorneys for Third-Party Defendant
GLENN MILLER

INVICTUS LAW, PC
BLAIR R. JACKSON

By: _____/s/_____
     Blair R. Jackson

Attorneys for Third-Party Defendant
JEWELRY INNOVATIONS, INC.

---

[1] The above-named parties submit this stipulated dismissal as one of three concurrently-filed dismissals to dismiss this action in its entirety. The parties are filing multiple dismissals in this action at the insistence of counsel for Plaintiff and Counterdefendant Trent West ("West") and its purported concerns due to the presence of third-party defendants in this action and the pending bankruptcy of third-party defendant GMA, Inc. Based on the assurances of West's counsel that it nonetheless seeks a full and final dismissal of this action for all parties concerned, and in the spirit of expediency and to avoid burdening the Court with a Motion for Dismissal that would otherwise be necessary given West's refusal to stipulate to the form of dismissal proposed by the above-named parties, the above-named parties have agreed to cooperate with this duplicative approach to effectuate a full and final dismissal at this time.

-2-

1   I, Matthew A. Stratton, am the ECF User whose identification and password are being used to
2   file this document.  Pursuant to General Order 45.X.B, I hereby attest that all counsel indicated above
3   have concurred in this filing.

4                                            /s/
                                   _____
5                                       Matthew A. Stratton